In re:  Case No. 23-10826-jps

Sahabahddin Muhammad  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1     User: admin     Page 1 of 3
Date Rcvd: Mar 23, 2023     Form ID: 309A     Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sahabahddin Muhammad, 924 E 223, Euclid, OH 44123-3304 |
| 27465082 | | AGA, PO Box 11248, Chattanooga, TN 37401-2248 |
| 27465105 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot, PO Box 182676, Columbus, OH 43218-2676 |
| 27465085 | | Capital Recovery System, 750 Cross Pointe Rd Ste S, Columbus, OH 43230-6693 |
| 27465087 | + | Cintas, 6800 Cintas Blvd., Mason, OH 45040-9151 |
| 27465088 | + | Cisco Foods, 4747 Grayton Rd, Cleveland, , OH 44135-2300 |
| 27465089 | + | City of East Cleveland, Finace Department, 14340 Euclid Ave, East Cleveland, OH 44112-3402 |
| 27465090 | + | City of Euclid Municipal Court, 555 East 222nd, Euclid, OH 44123-2099 |
| 27465091 | + | Cleveland Heights Municipal Court, 40 Severance Circle, Cleveland Heights, OH 44118-1501 |
| 27465093 | | Community Finance LLC, 5892 Losee Rd # 132-139 North, Las Vegas, NV 89081-6599 |
| 27465095 | + | Credit Acceptance Corp, 1 Ecolab Pl, Saint Paul, MN 55102-2739 |
| 27465097 | + | Dominion East Ohio, PO Box 26666, Richmond, VA 23261-6666 |
| 27465098 | ++ | EAGLE LOAN COMPANY, 6817 PEARL ROAD, MIDDLEBURG HTS OH 44130-3616 address filed with court:, Eagle Loan, 6817 Pearl Rd, Middleburg Heights, OH 44130 |
| 27465099 | + | Eagle Recovery, 1636 Hillyer Robinson Industri, Oxford,, AL 36203-1305 |
| 27465102 | | Gordon Food Service, 1363 W 117th St, Lakewood, OH 44107-3010 |
| 27465103 | + | Handyman Rentals, 2116 Lee Road, Cleveland Heights, OH 44118-2731 |
| 27465104 | | Hertz Car Rental, 8501 Williams Rd, Estero, FL 33928-3325 |
| 27465106 | | Hospitaility Control Systems, 1267 Southeast Ave, Tallmadge, , OH 44278-3148 |
| 27465107 | | Illinois Casualty Company, 225 20th St, Rock Island, IL 61201-8810 |
| 27465108 | + | Jekielek & Janis, 203 E. Pennsylvania Blvd., Feasterville, PA 19053-7845 |
| 27465109 | + | Joe Hand Promotion Inc., 213 W. Street Road, Feasterville, PA 19053-4116 |
| 27465112 | + | Lewis A Zipkin, Trustee, 3637 Green, Beachwood, OH 44122-5717 |
| 27465113 | | Merchant Capital Source, LLC dba ZINCH, 17011 Beach Blvd Ste 1140, Huntington Beach, CA 92647-7402 |
| 27465114 | + | Multi-Flow Dispensers of Ohio, Inc, 4705 Van Epps Road, Brooklyn Heights, OH 44131-1013 |
| 27465118 | + | Northern District of Ohio, 801 W Superior Ave #400,, Cleveland, OH 44113-1852 |
| 27465120 | + | Orange Cty Superior Court, CA, 909 N. Main St., Santa Ana , CA 92701-3502 |
| 27465121 | + | PCG Loan, 16161 Scientific Way, Irvine, CA 92618-4325 |
| 27465122 | | Professional Account Management, PO Box 391, Milwaukee, WI 53201-0391 |
| 27465123 | | Professional Financial Services of Ohio, LLC, 130 Tri County Pkwy Suite 104, Cincinnati, OH 45246-3212 |
| 27465125 | | Rumpke, 3990 Generation Dr., Cincinnati, OH 45251-4906 |
| 27465127 | | Sysco Food Services, 5445 Bonacker Dr, Tampa, , FL 33610-2026 |
| 27465129 | | Thomas and Thomas, 2323 Park Avenue, Cincinnati,, Ohio 45206-2788 |
| 27465131 | | University of Arizona Global Campus, 180 S Arizona Ave Ste 301, Chandler, AZ 85225-9606 |
| 27465134 | + | York-Lee Inc dba Zagara's Marketplace, 1940 Lee Road, Cleveland Heights, OH 44118-2163 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| aty | | Email/Text: achlawfirm@gmail.com | Mar 23 2023 20:47:00 | Allen C. Hufford, Law Offices of Allen C. Hufford, 22408 Lakeshore Blvd., Euclid, OH 44123 |
| tr | + | EDI: QSSTEIN.COM | Mar 24 2023 00:44:00 | Sheldon Stein, S. Stein Company LLC, 50 Public Square, Suite 2200, Post Office Box 5606, Cleveland, OH 44101-0606 |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Mar 23 2023 20:47:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| 27465083 | + | EDI: CINGMIDLAND.COM | Mar 24 2023 00:44:00 | AT&T, 1801 Valley View Ln, Farmers Branch, TX 75234-8906 |
| 27465084 | + | Email/Text: bankruptcynotices@cbecompanies.com | Mar 23 2023 20:48:00 | CBE Group, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 27465128 | | Email/Text: bankruptcy@firstenergycorp.com | Mar 23 2023 20:47:00 | The Illuminating Company, 6896 Miller Road, Brecksville, OH 44141 |
| 27465086 | | Email/Text: dl-csgbankruptcy@charter.com | Mar 23 2023 20:48:00 | Charter Communications, 400 Atlantic St Fl 10, Stamford, CT 06901-3512 |
| 27465092 | | Email/Text: Bk@c2cfsi.com | Mar 23 2023 20:47:00 | Coast to Coast Financial Solutions, 101 Hodencamp Rd Ste 120, Thousand Oaks, CA 91360-5831 |
| 27465094 | + | Email/Text: SM-JS-Clerk-COCFinance@cuyahogacounty.us | Mar 23 2023 20:47:00 | Court of Common Pleas, 1200 Ontario, Cleveland, OH 44113-1678 |
| 27465096 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 23 2023 20:59:13 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 27465100 | + | Email/Text: bknotice@ercbpo.com | Mar 23 2023 20:47:00 | Enhanced Recovery Compan, P O Box 57547, Jacksonville, FL 32241-7547 |
| 27465101 | | Email/Text: bankruptcynotices@finwisebank.com | Mar 23 2023 20:47:00 | Finwise Bank, 820 E 9400 S, Sandy, UT 84094-3653 |
| 27465110 | | Email/Text: cs.bankruptcy@jmcbiz.com | Mar 23 2023 20:48:00 | Joseph Mann & Creed, PO box 22253, Beachwood, OH 44122-0253 |
| 27465111 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 23 2023 20:47:00 | Key Bank, 127 Public Square, Cleveland, OH 44114-1217 |
| 27465115 | ^ | MEBN | Mar 23 2023 20:44:57 | NCB Management Services, Inc, One Allied Drive, Trevose, PA 19053-6945 |
| 27465117 | + | EDI: NAVIENTFKASMSERV.COM | Mar 24 2023 00:43:00 | Nelnet, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 27465119 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Mar 23 2023 20:48:00 | Ohio Attorney General, 30 E. Broad St., 14th Floor, Columbus, OH 43215-3414 |
| 27465126 | | Email/Text: bankruptcy@snapfinance.com | Mar 23 2023 20:47:00 | Snap Finance, LLC, 1193 W 2400 S, Salt Lake City, UT 84119-1547 |
| 27465130 | | Email/Text: bankruptcyecf.shared@usfoods.com | Mar 23 2023 20:48:00 | US Food, 5445 Spellmire Dr, West Chester, OH 45246-4842 |
| 27465132 | | Email/Text: bankruptcy@webbank.com | Mar 23 2023 20:47:00 | Webbank, 215 S State St, Ste 1000, Salt Lake City, UT 84111-2336 |
| 27465133 | + | Email/Text: BKRMailOps@weltman.com | Mar 23 2023 20:47:00 | Weltman , Weinberg & Reis Co., LPA, 323 W Lakeside, Ste 200, Cleveland, OH 44113-1009 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 27465116 | ##+ | Navy Federal Credit Union, 1240 E 9th, RM 2663, Cleveland, OH 44199-9923 |
| 27465124 | ## | Restaurants Depot, 15-24 132nd Street, College Point, NY 11356-2440 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allen C. Hufford | on behalf of Debtor Sahabahddin Muhammad achlawfirm@gmail.com |
| Sheldon Stein | ssteindocs@gmail.com sstein@ecf.axosfs.com;sheldon@steintrustee.com |

TOTAL: 2

| Information to identify the case: | | | | | |
|---|---|---|---|---|---|
| Debtor 1: | Sahabahddin | | Muhammad | Social Security number or ITIN: xxx–xx–3564 | |
| | First Name | Middle Name | Last Name | EIN: __–_____ | |
| Debtor 2: | | | | Social Security number or ITIN: ____ | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | EIN: __–_____ | |
| United States Bankruptcy Court: Northern District of Ohio | | | | Date case filed for chapter: 7  3/20/23 | |
| Case number: 23–10826–jps | | | | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Sahabahddin Muhammad | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 924 E 223<br>Euclid, OH 44123 | |
| 4. | **Debtor's attorney**<br>Name and address | Allen C. Hufford<br>Law Offices of Allen C. Hufford<br>22408 Lakeshore Blvd.<br>Euclid, OH 44123 | Contact phone 216–264–0322<br><br>Email: achlawfirm@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Sheldon Stein<br>S. Stein Company LLC<br>50 Public Square, Suite 2200<br>Post Office Box 5606<br>Cleveland, OH 44101 | Contact phone (216) 696–7449<br><br>Email: ssteindocs@gmail.com |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** | United States Bankruptcy Court | Hours open: |
| --- | --- | --- | --- |
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Howard M. Metzenbaum U.S. Courthouse 201 Superior Avenue Cleveland, OH 44114–1235 | 9:00 AM – 4:00 PM Contact phone 216–615–4300 Date: 3/23/23 |
| 7. | **Meeting of creditors** | **April 17, 2023 at 10:30 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required ***<br>*** Proof of Social Security Number required *** | **341 meeting will be conducted remotely. Please check the docket or with the case trustee for procedures.** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 6/16/23** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |